CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 6:13-CR-00022 |
| LES CHRISTOPHER BURNS, Defendant. | : |

## ORDER

The United States of America, by counsel, has moved, pursuant to Federal Rule of Criminal Procedure 48(a), for leave of the Court to dismiss this prosecution with prejudice. For good cause, the motion is granted. It is hereby **ORDERED** that this case is dismissed with prejudice.

Entered this 21st day of July, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE